Shari Rusk, Bar No. 170313
Attorney at Law
PO Box 188945
Sacramento, California 95818
Tel: (916) 804-8656
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: CR.S. 13-326 MCE |
| | ) |
| Plaintiff, | ) STIPULATION TO CONTINUE J & S |
| | ) |
| vs. | ) Court:  Hon. Morrison C. England |
| | ) Time:   9:00 a.m. |
| | ) Date:   May 14, 2015 |
| | ) |
| Robert Vargas, | ) |
| | ) |
| Defendant. | |

**STIPULATION**

     Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

     Robert Vargas is scheduled for judgment & sentencing on April 23, 2015.

///
///
///
///
///
///
///
///
///
///
///

The parties ask that the matter be continued to May 14, 2015.  Mr. Vargas is providing additional mitigating information to the probation office to consider at sentencing.

Dated: April 3, 2015          Respectfully submitted,


                                   __/s/ Shari Rusk___
                                   Shari Rusk
                                   Attorney for Defendant
                                   Robert Vargas


                                   /s/ Olusere Olowoyeye
                                   Olusere Olowoyeye
                                   Assistant United States Attorney


                              **ORDER**

     IT IS SO ORDERED.

Dated:  April 9, 2015


                         _____
                         MORRISON C. ENGLAND, JR., CHIEF JUDGE
                         UNITED STATES DISTRICT COURT